UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREW BABINSKI | * | |
| | * | |
| versus | * | No. 3:20-cv-426-JWD-EWD |
| | * | |
| TODD QUEEN, in his personal and official capacity as Dean of the College of Music and Dramatic Arts of Louisiana State University, KRISTIN SOSNOWSKY, in her personal and official capacities as Chair of the School of Theatre of Louisiana State University, SHANNON WALSH, JOHN FLETCHER, and ALAN SIKES | * * * * * * * | JUDGE DEGRAVELLES<br><br>MAGISTRATE<br>    WILDER-DOOMES |

### NOTICE OF COLLATERAL SUIT
### PURSUANT TO LOCAL CIVIL RULE 3

Plaintiff, Andrew Babinski, gives notice pursuant to Local Civil Rule 3 that the following suit was filed concurrently with the above-captioned suit and concerns similar operative facts:

Caption: *Babinski versus Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Shannon Walsh, John Fletcher, Kristin Sosnowsky, and Todd Queen*

Court: 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana

Case No.: 697633

Section: 27

Judge: Hon. Trudy White

Description: Action for breach of contract, unjust enrichment, detrimental reliance, defamation, false light, and violation of the Louisiana Unfair Trade Practices Act arising from the same facts as alleged in this case.

(SIGNATURE BLOCK ON NEXT PAGE)

Respectfully Submitted:

_____
EVAN J. BERGERON (#33725)
**The Law Office of Evan J. Bergeron**
1700 Josephine Street
New Orleans, LA 70113
Telephone: 504-841-9395
evan@evanjbergeron.law
*Counsel for Plaintiff, Andrew Babinski*

2