UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW BABINSKI                                    NO.: 3:20-cv-426-SDD-EWD

VERSUS

TODD QUEEN, ET AL.

## MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12

**NOW INTO COURT**, through undersigned counsel, come Kristin Sosnowsky in her personal and official capacities, and Shannon Walsh, John Fletcher and Alan Sikes, in their personal capacities, (collectively "Defendants") who, for the reasons set forth herein and in the accompanying Memorandum in Support of Motion to Dismiss Complaint Pursuant to Rule 12, filed simultaneously herewith, move to dismiss the Complaint (Doc. 1) of Andrew Babinski ("Plaintiff") with prejudice, at Plaintiff's cost, including reasonable attorney fees, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) as follows:

1.

The Eleventh Amendment of the U.S. Constitution grants sovereign immunity to state employees for acts within their official capacities.

2.

Plaintiff failed to state a claim upon which relief can be granted against any of the Defendants in their personal capacities because all alleged acts were taken in the course and scope of the Defendants' public employment.

3.

Plaintiff failed to state a claim upon which relief can be granted because: a) course assignments are not protected speech; b) students have no protected property interest in maintaining enrollment in a particular academic program; c) Plaintiff is not a "class of one" entitled to equal protection; and 5) Plaintiff's conclusory allegation of conspiracy is not supported by facts sufficient to state a claim upon which relief can be granted.

4.

Alternatively, and only in the event this Honorable Court determines Plaintiff's claims are not barred by the Eleventh Amendment, and any claim has been stated upon which this Honorable Court can grant relief, Plaintiff's claims are barred by qualified immunity.

**WHEREFORE**, Defendants, Kristin Sosnowsky, Shannon Walsh, John Fletcher, and Alan Sikes pray for an Order granting this Motion to Dismiss Complaint Pursuant to Rule 12, dismissing Plaintiff's Complaint, with prejudice, at Plaintiff's cost, including reasonable attorney fees.

By Attorneys:

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, a copy of the forgoing Motion to Dismiss Complaint Pursuant to Rule 12 was filed electronically with the Clerk of Court using the CM/ECF system.

All counsel will be served through the CM/ECF system. There are no non-CM/EC participants

/s/ Sheri M. Morris
Sheri M. Morris

/s/Sheri M. Morris
Sheri M. Morris, LA Bar No. 20937
Christina B. Peck, LA Bar No. 14302
Katelin Varnado, LA Bar No. 35498
Special Assistants Attorney General
DAIGLE, FISSE & KESSENICH, PLC
8480 Bluebonnet Blvd., Suite F
Baton Rouge, LA  70810
Phone: (225) 421-1800   Fax: (225) 421-1792
Email: SMorris@DaigleFisse.com
           CPeck@DaigleFisse.com
           KVarnado@DaigleFisse.com