## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ANDREW BABINSKI**                              **NO.: 3:20-cv-426-SDD-EWD**

**VERSUS**

**TODD QUEEN, ET AL.**

## ORDER

Considering the foregoing Motion to Dismiss Complaint Pursuant to Rule 12;

IT IS HEREBY ORERED, ADJUDGED AND DECREED that the Motion to Dismiss Complaint Pursuant to Rule 12, filed by Defendants, Kristin Sosnowsky, Shannon Walsh, John Fletcher, and Alan Sikes is GRANTED, dismissing the Complaint of Plaintiff, Andrew Babinski, with prejudice, at Plaintiff's cost, including reasonable attorney fees.

Baton Rouge, Louisiana this _____ day of _____, 2021.

_____
SHELLY D. DICK, JUDGE